# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| A.Y.G. | : | No. 84 WM 2019 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOHN DOE, ST. BERNARD SCHOOL, | : | |
| AND THE ROMAN CATHOLIC DIOCESE | : | |
| OF PITTSBURGH | : | |
| | : | |
| | : | |
| PETITION OF: THE ROMAN CATHOLIC | : | |
| DIOCESE OF PITTSBURGH AND ST. | : | |
| BERNARD SCHOOL | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2019, the Application for Extraordinary Relief is DENIED.